## UNITED STATES v. GERMAN–AMERICAN VOCATIONAL LEAGUE, Inc., et al.

No. 9186.

Circuit Court of Appeals, Third Circuit.

Argued July 8, 1946.

Decided July 8, 1946.

Writ of Certiorari Denied Oct. 21, 1946.

See 67 S.Ct. 114.

236

George C. Dix, of New York City, for appellants.

Charles A. Stanziale, Asst. U.S. Atty., of Newark, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before BIGGS, GOODRICH and Mc-LAUGHLIN, Circuit Judges.

PER CURIAM.

The matter offered by the appellants, allegedly constituting newly discovered evidence, insofar as any part thereof is pertinent, is old and was before the court below at the trial and was before this court on the appeals. 153 F.2d 860. Consequently the court below committed no error in refusing a new trial and the motion of the United States to dismiss the present appeals will be granted. All the motions of the appellants will be denied.